# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NICHOLAS D. CAPRA,

    Plaintiff,

v.

GREENPOINT MORTGAGE FUNDING, *et al*.,

    Defendants.

Case No. 2:11-CV-1312-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion to Withdraw Complaint (#9). The Court construes the *pro se* pleading liberally as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Since no defendant has filed an answer or motion for summary judgment, Plaintiff's Motion is **GRANTED**. Defendant JP Morgan Chase Bank, NA's Motion to Dismiss (#6) is **DENIED as moot**. However, Defendant's Motion to Expunge Lis Pendens (#7) is **GRANTED**. Plaintiff's complaint is dismissed without prejudice and the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

    DATED this 2nd day of November 2011.

_____
Kent J. Dawson
United States District Judge